UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WENDY YUNKER,

Plaintiff

Case No. 10-CV-61796

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

Defendant.
_____/

**ORDER ON DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER
REGARDING SUMMARY JUDGMENT**

This cause is before the Court on Defendant's Response To This Court's Show Cause Order Regarding Entry Of Summary Judgment On The Issue Of Whether Plaintiff's Debt is A "Debt" Within The Meaning Of The FDCPA And FCCPA. (D.E. 54).

The Court has carefully considered the arguments of the Defendant and rejects them for the same reasons stated in the Order on the cross-motions for summary judgment dated July 18, 2011. (D.E. 47).

Accordingly, it is hereby

ORDERED and ADJUDGED that summary judgment is entered in favor of Plaintiff on the following issue: The sum which the Defendant sought to collect by means of the communications that are the subject of this lawsuit constitute a "debt" within the meaning of the FDCPA § 1692a(5), 15 U.S.C.§ 1692a(5) and FCCPA § 559.55(1), Florida Statutes.

DONE and ORDERED in Chambers this 1st day of August, 2011.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc. Counsel of Record