IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:10-cv-61796-UNGARO

WENDY YUNKER,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

NOW COMES Plaintiff, WENDY YUNKER, by and through her attorneys, WEISBERG & MEYERS, LLC, and hereby accepts Defendant's Offer of Judgment on Plaintiff's claims pursuant to the Fair Debt Collection Practices Act, in the amount of **ONE THOUSAND AND ONE DOLLARS AND 00/100** ($1,001.00), exclusive of all interest, costs, and attorney's fees. Plaintiff further requests that Judgment be entered against the Defendant in the above amount, and that the Court retain jurisdiction over this matter to determine the amount of attorneys' fees and costs that Plaintiff and her counsel are entitled to pursuant to the terms of Defendant's Offer of Judgment.

        Respectfully submitted,
**WENDY YUNKER**


By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com


I HEREBY CERTIFY THAT this Notice was filed on this 3rd day of August 2011, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale Golden, dale.golden@goldenscaz.com.


By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFF
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com