IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:10-cv-61796-UNGARO

WENDY YUNKER,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS UNDER THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

COMES now all parties in the above titled action and represents to the Court that this matter, regarding Plaintiff's claims against Defendant pursuant to the Florida Consumer Collection Practices Act, has been settled amicably, and would request an entry of Final Order of Dismissal with Prejudice only as to Plaintiff's claims against Defendant pursuant to the Florida Consumer Collection Practices Act in this matter.

Dated this 4th day of August, 2011.

| | |
|---|---|
| /s/ Alex D. Weisberg | /s/ Dale Golden |
| Alex Weisberg, Esq. | Mr. Dale Golden |
| FBN: 0566551 | FBN: 0094080 |
| Weisberg & Meyers, LLC | Golden & Scaz, PLLC |
| 5722 S. Flamingo Road, Ste. 656 | 201 North Armenia Ave. |
| Cooper City, FL 33330 | Tampa FL 33609 |
| Attorney for Plaintiff | Attorneys for Defendant |

## Certificate of Service

      I hereby certify that on August 4th, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/ Alex Weisberg
                                              Alex Weisberg

## Service List

Dale T. Golden
Florida Bar No. 0094080
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500
813-251-3675 (fax)
dale.golden@goldenscaz.com
Attorneys for Defendant