UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:10-cv-61796-UNGARO

WENDY YUNKER,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

1.    On September 28, 2010, Plaintiff filed her original complaint against Defendant, alleging violations of the federal Fair Debt Collection Practices Act, and the Florida Consumer Collection Practices Act.  (Document 1).

2.    On July 19, 2011, this Court entered an order granting Plaintiff's motion for partial summary judgment on Plaintiff's claims under the FDCPA at sections 1692d(6), 1692e(11), and 1692g(b).  (Document 47).

3.    On August 2, 2011, this Court denied Defendant's motion for partial reconsideration of this Court's order granting summary judgment on Plaintiff's claim under the FDCPA at section 1692g(b).  (Document 56).

4.    On July 28, 2011, Defendant served Plaintiff with its Rule 68 offer of judgment, which reads in part:

> 1. Judgment shall be entered against Defendant in the amount of One Thousand and One Dollars and 00/100 ($1,001.00), arising from Plaintiff's FDCPA claims against the Defendant as alleged in Plaintiff's pleadings filed in the above captioned matter.

1

    2. The judgment entered shall include an additional amount for Plaintiff's reasonable attorney fees and costs incurred by Plaintiff, in an amount to be determine by the Court if the parties are unable to come to an agreement.

    3. Should Plaintiff accept this Offer, Plaintiff agrees that her acceptance of the OFFER resolves Plaintiff's FDCPA claims against Defendant.

(Document 59, Exhibit A).

    5.    On August 3, 2011, Plaintiff filed her notice of acceptance of Defendant's Rule 68 offer of judgment. (Document 59).

    6.    Also on August 3, 2011, Plaintiff filed her notice of dismissal of her claims under the Florida Consumer Collection Practices Act. (Document 60).

    7.    On August 4, 2011, Plaintiff and Defendant filed their joint stipulation to dismiss Plaintiff's claims under the Florida Consumer Collection Practices Act, with prejudice. (Document 61).

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor, and against Defendant, in the amount of $1,001, and that this Court retain jurisdiction to determine the amount of attorneys' fees and costs that Plaintiff and her counsel are entitled to.[1]

    s/ Alex Weisberg
Alex Weisberg (Fla. Bar. No. 0566551)
aweisberg@attorneysforconsumers.com
WEISBERG & MEYERS, LLC
5722 S. Flamingo Road, Ste. 656
Cooper City, FL 33330
Telephone:   (786) 245-8622
Facsimile:   (866) 577-0963
Attorneys for Plaintiff Wendy Yunker

---

[1] Plaintiff's Proposed Final Judgment is attached hereto as Exhibit "A".

## Certificate of Service

   I hereby certify that on August 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              <u>s/ Alex Weisberg</u>
              Alex Weisberg

## Service List

Dale T. Golden
Florida Bar No. 0094080
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
813-251-5500
813-251-3675 (fax)
dale.golden@goldenscaz.com
Attorneys for Defendant