**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 10-61796-CIV-UNGARO

WENDY YUNKER,

Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

Defendant.

/

______________________________________/

**ORDER ON MOTION FOR FINAL JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Judgment (D.E. 62) and the parties' Stipulation of Dismissal of Plaintiff's Claims Under the Florida Consumer Collection Practices Act. (D.E. 61.)

THE COURT has reviewed the Motion, the Stipulation, and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Judgment (D.E. 62) is GRANTED. The Court will separately enter Final Judgment. It is further

ORDERED AND ADJUDGED that Plaintiff's claims under the Florida Consumer Collection Practices Act (Count VIII) are DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that the Court will retain jurisdiction for the sole purpose of determining the attorney's fees and costs if the parties cannot come to an agreement on the amount. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 04 day of August, 2011.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record