UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61796-CIV-UNGARO

WENDY YUNKER,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, this Court's Order on Motion for Entry of Final Judgment and for good cause shown, it is hereby

ORDERED AND ADJUDGED that Final judgment is hereby entered in favor of Plaintiff, Wendy Yunker ("Plaintiff"), and against Defendant, Allianceone Receivables Management, Inc. ("Defendant"), in connection with Plaintiff's claims under the federal Fair Debt Collection Practices Act. Plaintiff shall recover from Defendant the amount of $1,001.00 in statutory damages (plus applicable post judgment interest), as well as reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

DONE AND ORDERED in Chambers, Miami, Florida, this 04 day of August, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE