**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

WENDY YUNKER,

      Plaintiff,

                                   CASE NO: 0:10-cv-61796-UU

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

      Defendant.
_____/

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant, AllianceOne Receivables Management, Inc., hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in favor of Plaintiff, which Judgment was signed and entered on August 4, 2011.

                                                Respectfully submitted,

                                                /s/Dale T. Golden_____
                                                DALE T. GOLDEN, ESQUIRE
                                                FBN: 0094080
                                                JAIME R. GIRGENTI, ESQUIRE
                                                FBN: 0592641
                                                **GOLDEN & SCAZ, PLLC**
                                                201 North Armenia
                                                Tampa, Florida 33606
                                                813-251-5500(p)
                                                813-251-3675(f)
                                                jrgirgenti@goldenscaz.com
                                                dale.golden@goldenscaz.com
                                                **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 2nd day of September, 2011.

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE