## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61796-CIV-UNGARO

WENDY YUNKER,

      Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

      Defendant.

_____/

## __FEE JUDGMENT__

THIS CAUSE is before the Court upon the Court's Order adopting Magistrate Torres's

Report and Recommendation (D.E. 80).

THIS COURT has considered said Report, the pertinent portions of the record, and being

otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. Pr. 58, a fee judgment is

entered against Defendant for the amount of $18,674.75 in Attorney's Fees, which shall be

recovered by Plaintiff.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of February, 2012.

_____

_____
UNITED STATES DISTRICT JUDGE

copies provided:
Clerk of Court
Magistrate Torres
Counsel of Record