

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 04, 2012

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 11-14133-CC
Case Style: Wendy Yunker v. Allianceone Receivables Manage
District Court Docket No: 0:10-cv-61796-UU

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

The response to the court's attached order should be no more than five (5) pages and should be received in the Clerk's Office within fourteen (14) days from the date of this notice.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Brenda McConnell
Phone #: (404) 335-6209

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 4 2012
JOHN LEY
CLERK

No. 11-14133-CC
Non-Argument Calendar

D.C. Docket No. 0:10-cv-61796-UU

WENDY YUNKER,

                                                  Plaintiff-Appellee,

versus

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

                                                  Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

BY THE COURT:

The record and pleadings in this case disclose:

1. On July 28, 2011, Defendant AllianceOne Receivables Management, Inc., offered judgment pursuant to Rule 68, F.R. Civ. P., to Plaintiff, Wendy Yunker, in the amount of $1001.00 to settle Plaintiff's federal claim against Defendant.

2. In its offer, Defendant recited that it "expressly reserves its right to appeal the Court's Order on Defendant's motion for Summary Judgment and Plaintiff's motion for Partial Summary Judgment."

3. On August 3, 2011, Plaintiff filed her notice of acceptance of Defendant's Rule 68 offer of judgment. Plaintiff also filed her notice of dismissal of her state claim against Defendant.

4. On August 4, 2011, Plaintiff and Defendant filed a joint stipulation to dismiss with prejudice Plaintiff's state claim.

5. On August 4, 2011 Plaintiff moved the district court for the entry of final judgment in her favor in the amount of $1001, requesting that the court retain jurisdiction for the sole purpose of determining the amount of attorney's fees and costs due Plaintiff pursuant to the settlement of her federal claim.

6. On August 4, 2011, pursuant to Plaintiff's motion, the court entered a final judgment disposing of the case.

7. Defendant now appeals the denial of its motion for reconsideration of the district court's summary judgment order, filed prior to settlement in this case.

8. Plaintiff states in her appellate brief that "the judgment against AllianceOne will stand, regardless of this Court's ruling on appeal . . . . Thus, AllianceOne's only goal on appeal is to procure a ruling by this Court that its May 14, 2010 collection letter does not violate the FDCPA . . ."

The court directs the parties to file a response of no more than five pages to the following question:

> Did the settlement of all claims among all the parties to this action remove the necessary element of adversariness and moot the action, and, therefore, moot this appeal?

John Ley, Clerk
Eleventh Circuit Court of Appeals
Issued by Direction of the Court